IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRISTINA CORCORAN, as Special Administrator of the Estate of ROBERT CORCORAN, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSCO LINES, INC. and ALFRED JOHNSON,<br><br>    Defendants. | No. 17 CV 2803<br><br>Honorable Joan H. Lefkow<br><br>Magistrate Young B. Kim |

## ~~PROPOSED~~ ORDER APPROVING SETTLEMENT AND DISTRIBUTION OF PROCEEDS

The parties, having reached a settlement, submit the following proposed scheduling order:

(A)    The settlement offer of $17,000.00 is fair and reasonable and approved by the Court.

(B)    Attorneys for Plaintiff have waived their fees and are entitled to $448.73 for reimbursement of litigation expenses incurred.

(C)    The surviving heirs of decedent and their percentages of dependency are as follows:

| | |
|---|---|
| KRISTINA CORCORAN | 50 PERCENT |
| ZACHARY ROBERT CORCORAN | 25 PERCENT |
| GAVIN LEONARD CORCORAN (MINOR) | 25 PERCENT |

(D)    The amount distributable to the Estate of Robert Corcoran, Deceased, is $16,551.27 and is to be distributed as per the aforesaid percentages of dependency:

| | |
|---|---|
| KRISTINA CORCORAN | $8,275.63 |
| ZACHARY ROBERT CORCORAN | $4,137.82 |
| GAVIN LEONARD CORCORAN (MINOR) | $4,137.82 |

to be deposited in an interest bearing account in the name of the minor with the restriction that no money be withdrawn except by court order or by virtue of the minor reaching the age of majority on September 18, 2021.

(E) This matter is dismissed with prejudice, all parties to pay their own costs.

ENTER:

Date: 2/21/2018

JOAN HUMPHREY LEFKOW
U.S. District Judge